RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Rigoberto Carransa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RIGOBERTO CARRANSA,<br><br>            Defendant. | Case No. 2:20-cr-00227-GMN-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Rigoberto Carransa, that the Sentencing Hearing currently scheduled on January 12, 2022 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

   The Stipulation is entered into for the following reasons:

   1.   Counsel for the defendant needs additional time to gather mitigation information for Mr. Carransa, which is relevant to the sentencing disposition of this case.

   2.   The defendant is not incarcerated and does not object to the continuance.

   3.   The parties agree to the continuance.

1    This is the first stipulation to continue filed herein.

2    DATED this 21st day of December 2021.

3  RENE L. VALLADARES                    CHRISTOPHER CHIOU
   Federal Public Defender                Acting United States Attorney
4

5     */s/ Katherine Tanaka*                  */s/ Edward G. Veronda*
   By_____           By_____
6  KATHERINE TANAKA                       EDWARD G. VERONDA
7  Assistant Federal Public Defender      Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RIGOBERTO CARRANSA,<br><br>        Defendant. | Case No. 2:20-cr-00227-GMN-BNW<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, January 12, 2022 at 2:00 p.m., be vacated and continued to April 20, 2022 at the hour of 1:00 p.m.

DATED this 22 day of December 2021.

_____
UNITED STATES DISTRICT JUDGE

3